**Fill in this information to identify the case:**

Debtor    **Serviceline Transport, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **23-30348-MVL7**
(if known)

☑ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes.  Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $97,362.67 | $97,362.67 |

**2.1** **Priority creditor's name and mailing address**

**Internal Revenue Service**

**PO Box 7346**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia**          **PA**     **19101**

Basis for the claim:
**941 Taxes**

Date or dates debt was incurred
**2021**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account
number    **3  8  7  1**

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

Total claim: **$97,362.67**    Priority amount: **$97,362.67**

**2.2** **Priority creditor's name and mailing address**

**Johnson County Tax Assessor**

**PO Box 75**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cleburne**          **TX**     **76033**

Basis for the claim:
**Property taxes**

Date or dates debt was incurred
**2020-2022**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

Total claim: **$67,028.88**    Priority amount: **$67,028.88**

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1    Nonpriority creditor's name and mailing address**

**Acuity Insurance**

**PO Box 718**

**Sheboygan**          **WI**     **53082**

Date or dates debt was incurred

Last 4 digits of account number          **3    5    8    7**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
**Business Insurance Account**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$2,228.90**

**3.2    Nonpriority creditor's name and mailing address**

**AKAD, Inc.**

**1717 Park Oak Dr**

**Conroe**          **TX**     **77304**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
**Driver**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$1.00**

**3.3    Nonpriority creditor's name and mailing address**

**All About Tires**

**PO Box 2128**

**Waxahachie**          **TX**     **75168**

Date or dates debt was incurred          **2020**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
**Business Account**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$33,288.85**

**3.4    Nonpriority creditor's name and mailing address**

**American Express**

**PO Box 650448**

**Dallas**          **TX**     **74265**

Date or dates debt was incurred          **2022**

Last 4 digits of account number          **2    0    0    1**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
**Business Credit Card**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$157,355.37**

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5**  Nonpriority creditor's name and mailing address

**Anthony Brooks**

**5323 Law Arbor Dr**

**Houston**　　　　**TX**　　**77066**

Date or dates debt was incurred

Last 4 digits of account number　___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Driver**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1.00**

---

**3.6**  Nonpriority creditor's name and mailing address

**Aramark**

**2680 Palumbo DR**

**Lexington**　　　　**KY**　　**40509**

Date or dates debt was incurred　　**2022**

Last 4 digits of account number　**8** **4** **3** **6**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,395.10**

---

**3.7**  Nonpriority creditor's name and mailing address

**Ariel Bouskila**

**80 Broad St, Ste 3303**

**New York**　　　　**NY**　　**10004**

Date or dates debt was incurred

Last 4 digits of account number　___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1.00**

---

**3.8**  Nonpriority creditor's name and mailing address

**Arkansas Public Service Commission**

**Tax Division**

**1000 Center St**

**Little Rock**　　　　**AR**　　**72201**

Date or dates debt was incurred

Last 4 digits of account number　**3** **5** **5** **0**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$100.00**

---

| Debtor | **Serviceline Transport, Inc.** | | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | | $7,166.79 |
|---|---|---|---|

**Assured Partners**

**4435 Main St, 4th Floor**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Kansas City** | **MO** | **64111** |
|---|---|---|

Basis for the claim:
**Business Account**

| Date or dates debt was incurred | **2022** |
|---|---|

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Last 4 digits of account number | **R  A  0  1** |
|---|---|

---

| 3.10 | Nonpriority creditor's name and mailing address | | $9,767.48 |
|---|---|---|---|

**Asurint/One Source Technology, LLC**

**1801 W Olympic Blvd**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Pasadena** | **CA** | **91199** |
|---|---|---|

Basis for the claim:
**Business Account**

| Date or dates debt was incurred | **2021** |
|---|---|

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Last 4 digits of account number | **4  3  6  3** |
|---|---|

---

| 3.11 | Nonpriority creditor's name and mailing address | | $1.00 |
|---|---|---|---|

**Aubrey R. Williams**

**Attorney at Law**

**PO Box 20156**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Waco** | **TX** | **76702** |
|---|---|---|

Basis for the claim:
**Attorney Fees**

| Date or dates debt was incurred | |
|---|---|

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Last 4 digits of account number | __ __ __ __ |
|---|---|

**Cause No. 22DCV332260**

---

| 3.12 | Nonpriority creditor's name and mailing address | | $3,960.00 |
|---|---|---|---|

**AutoHR/Silverado Mgmt Group, LP**

**14747 N Northsight Blvd, Ste 111-386**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Scottsdale** | **AZ** | **85260** |
|---|---|---|

Basis for the claim:
**Business Account**

| Date or dates debt was incurred | **2020** |
|---|---|

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Last 4 digits of account number | **R  V  0  1** |
|---|---|

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.13   Nonpriority creditor's name and mailing address

**Axon Development Corporation**

**15 Innovation Blvd, #304**

**Saskatoon, SK S7N 2X8**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Date or dates debt was incurred

Last 4 digits of account number      4   7   5   2

Is the claim subject to offset?

☑ No
☐ Yes

**$2,235.00**

### 3.14   Nonpriority creditor's name and mailing address

**B&W Wrecker Service**

**1960 S Burleson**

**Burleson            TX     76028**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Date or dates debt was incurred      2021

Last 4 digits of account number      0   1   8   0

Is the claim subject to offset?

☑ No
☐ Yes

**$12,812.50**

### 3.15   Nonpriority creditor's name and mailing address

**Bernardo Quevedo**

**1101 Melrose Dr**

**Burleson            TX     76028**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Driver**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**$1.00**

### 3.16   Nonpriority creditor's name and mailing address

**Big Tex Tire Service**

**2471 Hartline Dr**

**Dallas               TX     75228**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Date or dates debt was incurred      2020

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

**$3,653.25**

| Debtor | **Serviceline Transport, Inc.** | | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17** Nonpriority creditor's name and mailing address

Brenntag Lubricants Central

7010 Mykawa Rd

Houston                     TX        77033

Date or dates debt was incurred        2021

Last 4 digits of account number        5   2   5   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Account

Is the claim subject to offset?
☑ No
☐ Yes

$3,344.97

**3.18** Nonpriority creditor's name and mailing address

Chase Visa

PO Box 6294

Carol Stream                IL        60197

Date or dates debt was incurred        2021

Last 4 digits of account number        4   5   6   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

$24,669.92

**3.19** Nonpriority creditor's name and mailing address

Cleburne Family Medicine Assoc.

220 N Ridgeway Dr

Cleburne                    TX        76033

Date or dates debt was incurred        2021

Last 4 digits of account number        1   9   7   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Account

Is the claim subject to offset?
☑ No
☐ Yes

$464.26

**3.20** Nonpriority creditor's name and mailing address

Cliff's Check Cashing Stores, Inc

c/o T. Cass Keramidas

801 E Campbell Rd, Ste 625

Richardson                  TX        75081

Date or dates debt was incurred        2022

Last 4 digits of account number        __  __  __  __

Cause No. JS21-00228D

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Lawsuit

Is the claim subject to offset?
☑ No
☐ Yes

$2,161.28

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,161.28** |
|---|---|---|---|

**Cliff's Check Cashing Stores, Inc**
**c/o Gavin N. Lewis**
**1612 Ravenwood Court**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Aledo** | **TX** | **76008** |
|---|---|---|

Date or dates debt was incurred    **2021**

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**Cause No. JS20-00401A**

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,880.78** |
|---|---|---|---|

**Comdata**
**PO Box 845738**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **74284** |
|---|---|---|

Date or dates debt was incurred    **2022**

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5  0  5  7**

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,938.08** |
|---|---|---|---|

**Comptroller of Public Accounts**
**PO Box 149359**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Austin** | **TX** | **78714** |
|---|---|---|

Date or dates debt was incurred    **2022**

Basis for the claim:
**Franchise Tax**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Courtney C. Washington**
**Fielding Law, PLLC**
**18601 LBJ Fwy, Town East Tower, Ste 315**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mesquite** | **TX** | **75150** |
|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $309.96 |
|---|---|---|---|

**Crum & Forester**

**855 Winding Brook Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Glastonbury** | **CT** | **06033** |

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred    **2022**

Is the claim subject to offset?

Last 4 digits of account number    **2   5   6   1**

☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,106.05 |
|---|---|---|---|

**CTRMA**

**3300 N I35 Frontage Rd #300**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Austin** | **TX** | **78705** |

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

**Multiple Accounts**

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Dauster Transport, LLC**

**2028 E Ben White Blvd 240-1434**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Austin** | **TX** | **78741** |

**Basis for the claim:**
**Driver**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Deauganique Wells**

**c/o J. Chad Parker, PLLC**

**3808 Old Jacksonville Rd**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Tyler** | **TX** | **75701** |

**Basis for the claim:**
**Lawsuit**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87.68** |
|---|---|---|---|

**DFW Office Systems**

**13719 Gamma Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Farmers Branch** | **TX** | **75244** |

**Business Account**

Date or dates debt was incurred

Last 4 digits of account number    **2   8   7   3**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$167.40** |
|---|---|---|---|

**Family Medicine Associates**

**PO Box 16367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Belfast** | **ME** | **04915** |

**Business Account**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,624.50** |
|---|---|---|---|

**First Insurance Funding Corp**

**a Div of Lake Forest Bank & Trust**

**450 Skokie Blvd, Ste 1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Northbrooke** | **IL** | **60062** |

**Business Loan**

Date or dates debt was incurred    **2022**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$380,202.06** |
|---|---|---|---|

**First Oklahoma Bank - Jenks**

**PO Box 1370**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Jenks** | **OK** | **74037-1370** |

**Business Loan**

Date or dates debt was incurred    **2022**

Last 4 digits of account number    **3   3   0   4**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $151.04 |
|---|---|---|---|

**Ft Bend CTRA**

**1950 Lockwood Bypass**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Richmond** | **TX** | **77469** |
|---|---|---|

**Business Account**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**Multiple Accounts**

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $716.33 |
|---|---|---|---|

**Fuller's Towing**

**3034 Industrial Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Tyler** | **TX** | **75706** |
|---|---|---|

**Business Account**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1.00 |
|---|---|---|---|

**G3 Solutions**

**c/o Jason Goodman**

**6613 Autumn Mist Cove**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Little Elm** | **TX** | **75068** |
|---|---|---|

**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $450.00 |
|---|---|---|---|

**Garcia's Landscaping**

**3536 Windy Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Alvarado** | **TX** | **76009** |
|---|---|---|

**Business Account**

Date or dates debt was incurred    **2021**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.37** Nonpriority creditor's name and mailing address

**Gavin N. Lewis**

**1612 Ravenwood Court**

**Aledo**      **TX**      **76008**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Cause No. JS20-00401A**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1.00**

---

**3.38** Nonpriority creditor's name and mailing address

**Gavin Scrimshire**

**c/o Michah L. Satterwhite**

**PO Drawer 2909**

**Longview**      **TX**      **75606**

Date or dates debt was incurred   **2022**

Last 4 digits of account number   __ __ __ __

**Cause No. DC-22-04789**

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,000.00**

---

**3.39** Nonpriority creditor's name and mailing address

**Gulf Coast Bank & Trust Company**

**1170 Celebration Blvd, Ste 100**

**Celebration**      **FL**      **34747**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1.00**

---

**3.40** Nonpriority creditor's name and mailing address

**Henry Knipper**

**c/o Nicholas S. Bressi**

**1803 West Ave**

**Austin**      **TX**      **78701**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Cause No. 20-1635-C425**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$65,630.00**

---

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.41** | Nonpriority creditor's name and mailing address |

**IOU Financial**

**IOU Central, Inc.**

**600 Town Park Ln, Ste 100**

**Kennesaw**            **GA**      **30144**

Date or dates debt was incurred      **2022**

Last 4 digits of account number      **3  6  3  5**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$222,000.00**

---

| **3.42** | Nonpriority creditor's name and mailing address |

**IPFS**

**2900 N Loop West, Ste 1150**

**Houston**            **TX**      **77092**

Date or dates debt was incurred      **2022**

Last 4 digits of account number      **5  1  3  1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,233.60**

---

| **3.43** | Nonpriority creditor's name and mailing address |

**J. Chad Parker, PLLC**

**J. Chad Parker & Amy Mills**

**3808 Old Jacksonville Rd**

**Tyler**            **TX**      **75701**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.00**

---

| **3.44** | Nonpriority creditor's name and mailing address |

**J. Kyle Treadway**

**Treadway Law Firm**

**14781 Memorial Dr, Box 12**

**Houston**            **TX**      **77079**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.00**

**Cause No. 202250182**

---

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|

---

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$9,008.87** |
|---|---|---|---|

**Jackson-Lloyd**

**PO Box 1873**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Longview** | **TX** | **75606** |
|---|---|---|

Basis for the claim:

**Business Account**

Date or dates debt was incurred    **2022**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    **3   8   1   7**

---

| **3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1.00 |
|---|---|---|---|

**Jaleisha Miles**

**c/o Courtney C. Washington**

**18601 Lyndon B. Johnson**

**Town East Tower, Ste 315**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Mesquite** | **TX** | **75150** |
|---|---|---|

Basis for the claim:

**Lawsuit**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

---

| **3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $200.00 |
|---|---|---|---|

**Janek & Whitten Construction**

**136 HCR 4263**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Hillsboro** | **TX** | **76645** |
|---|---|---|

Basis for the claim:

**Business Account**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    **0   4   4   4**

---

| **3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1.00 |
|---|---|---|---|

**Jason A. Gang**

**The Law Office of Jason Gang**

**1245 Hewlett Plaza, #478**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Hewlett** | **NY** | **11557** |
|---|---|---|

Basis for the claim:

**Attorney Fees**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

---

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1.00 |
|---|---|---|---|

**Jason Goodman**

**6613 Autumn Mist Cove**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Little Elm** | **TX** | **75068** |
|---|---|---|

Basis for the claim:

**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1.00 |
|---|---|---|---|

**JB&D Trucking, LLC**

**PO Box 4569**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Cedar Hill** | **TX** | **75106** |
|---|---|---|

Basis for the claim:

**Driver**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1.00 |
|---|---|---|---|

**Jerrell Williams**

**1200 S Dairy Ashford Rd**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Houston** | **TX** | **77077** |
|---|---|---|

Basis for the claim:

**Driver**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1.00 |
|---|---|---|---|

**Jordan A. Glaze**

**Glaze Garrett**

**PO Box 1599**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Gilmer** | **TX** | **75644** |
|---|---|---|

Basis for the claim:

**Attorney Fees**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,220.00** |
|---|---|---|---|

**Josey's Construction, LLC**

**238 Marion Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Venus** | **TX** | **76084** |
|---|---|---|

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred    **2021**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

---

| **3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,089.91** |
|---|---|---|---|

**Kerley & Sears, Inc**

**4331 Cement Valley Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Midlothian** | **TX** | **76065** |
|---|---|---|

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred    **2020**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

---

| **3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,381.50** |
|---|---|---|---|

**Kershaw Anderson, PLLC**

**12400 Coit Rd, Ste 570**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75251** |
|---|---|---|

**Basis for the claim:**
**Attorney Fees**

Date or dates debt was incurred    **2021**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **9   6   2   8**

**Various Lawsuits**

---

| **3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$65,893.97** |
|---|---|---|---|

**Kirby Smith Machinery, Inc**

**PO Box 270360**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Oklahoma City** | **OK** | **73137** |
|---|---|---|

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred    **2021**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **I   0   1   3**

**Cause No. CV520-21DC**

Debtor __**Serviceline Transport, Inc.**_____    Case number (if known) __**23-30348-MVL7**__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,285.53** |
|---|---|---|---|

__**KServicing for Kabbage, Inc.**__

__**PO Box 77073**__

☐ Contingent
☐ Unliquidated
☐ Disputed

__**Atlanta**_____ __**GA**__ __**30357**__

**Basis for the claim:** __**PPP Loan**__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,825.25** |
|---|---|---|---|

__**Larry Gaddes, Tax Assessor**__

__**904S Main St**__

☐ Contingent
☐ Unliquidated
☐ Disputed

__**Georgetown**_____ __**TX**__ __**78626**__

**Basis for the claim:** __**Business Account**__

Date or dates debt was incurred __**2021**__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __**8**__ __**7**__ __**1**__ __**3**__

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,514.00** |
|---|---|---|---|

__**Lattimore Materials**__

__**c/o Thompson Coe**__

__**700 N Pearl St, 25th Floor**__

☐ Contingent
☐ Unliquidated
☐ Disputed

__**Dallas**_____ __**TX**__ __**75201-2832**__

**Basis for the claim:** __**Business Account**__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,545.68** |
|---|---|---|---|

__**Lott-Vernon CPA Firm**__

__**20 S 4th St**__

☐ Contingent
☐ Unliquidated
☐ Disputed

__**Temple**_____ __**TX**__ __**76501**__

**Basis for the claim:** __**Business Account**__

Date or dates debt was incurred __**2016**__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __**5**__ __**7**__ __**6**__ __**0**__

**Cause No. 22DCV332260**

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$272.50** |

**Lott-Vernon CPA Firm**

**20 S 4th St**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Temple | TX | 76501 |

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred    **2016**

**Is the claim subject to offset?**

Last 4 digits of account number    **5    7    6    0**

☑ No
☐ Yes

**Cause No. 22DCV332260**

---

| **3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |

**M. Turner Field**

**Kershaw Anderson, PLLC**

**12400 Coit Rd, Ste 570**

☐ Contingent
☐ Unliquidated
☑ Disputed

| Dallas | TX | 75251 |

**Basis for the claim:**
**Attorney Fees**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81,465.19** |

**Martin Marietta**

**PO Box 677061**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Dallas | TX | 75267 |

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred    **2022**

**Is the claim subject to offset?**

Last 4 digits of account number    **3    7    2    9**

☑ No
☐ Yes

---

| **3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,876.06** |

**Massey's Towing Company**

**10514 Wireway Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Dallas | TX | 75220 |

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|

**Part 2:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address |
|---|---|

**Michael Colon**

**aka M&N Transportation**

**11002 Hammerly Blvd, #60**

**Houston**                         **TX**    **77043**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
**Driver**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1.00**

---

| 3.66 | Nonpriority creditor's name and mailing address |
|---|---|

**Michael L. Satterwhite**

**Sloan Hatcher, et al**

**PO Drawer 2909**

**Longview**                         **TX**    **75606**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Cause No. DC-22-04789**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1.00**

---

| 3.67 | Nonpriority creditor's name and mailing address |
|---|---|

**Michael Sanchez**

**aka SanGas Trucking**

**118 N Greatwood Glen Pl**

**Montgomery**                         **TX**    **77316**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
**Driver**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1.00**

---

| 3.68 | Nonpriority creditor's name and mailing address |
|---|---|

**NETRMA Processing**

**PO Box 734182**

**Dallas**                         **TX**    **75373**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Multiple Accounts**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$7,196.61**

---

Debtor    **Serviceline Transport, Inc.** _____    Case number (if known)    **23-30348-MVL7** _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.69**    Nonpriority creditor's name and mailing address

**Nicholas S. Bressi**

**1803 West Ave**

_____

**Austin                  TX      78701**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Cause No. 20-1635-C425**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Attorney Fees**

Is the claim subject to offset?

☑ No
☐ Yes

**$1.00**

---

**3.70**    Nonpriority creditor's name and mailing address

**NTTA**

**PO Box 660244**

_____

**Dallas                  TX      75266**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Multiple Accounts**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Business Account**

Is the claim subject to offset?

☑ No
☐ Yes

**$17,224.96**

---

**3.71**    Nonpriority creditor's name and mailing address

**Occupational Accident Risk, Inc**

**PO Box 2414**

_____

**Boerne                  TX      78006**

Date or dates debt was incurred  **2021**

Last 4 digits of account number  **7  3  8  1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Business Account**

Is the claim subject to offset?

☑ No
☐ Yes

**$1,828.78**

---

**3.72**    Nonpriority creditor's name and mailing address

**Oscie Johnigan**

**12385 FM 3271**

_____

**Tyler                    TX      75704**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Driver**

Is the claim subject to offset?

☑ No
☐ Yes

**$1.00**

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.73** Nonpriority creditor's name and mailing address

**Pixel Perfect**

**941 Baylis St**

**Baltimore**          **MD**    **21224**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$100.00**

---

**3.74** Nonpriority creditor's name and mailing address

**Professional Account Management, LLC**

**PO Box 863867**

**Plano**          **TX**    **75086**

Date or dates debt was incurred

Last 4 digits of account number   **8   5   8   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for - NTTA**

Is the claim subject to offset?
☑ No
☐ Yes

**$43.39**

---

**3.75** Nonpriority creditor's name and mailing address

**Prosper Marketplace**

**221 Main St, Ste 300**

**San Francisco**          **CA**    **94105**

Date or dates debt was incurred    **2022**

Last 4 digits of account number   **6   4   3   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$23,223.00**

---

**3.76** Nonpriority creditor's name and mailing address

**Quill.com**

**PO Box 37600**

**Philadelphia**          **PA**    **19101**

Date or dates debt was incurred    **2021**

Last 4 digits of account number   **9   1   8   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$195.74**

---

| Debtor | **Serviceline Transport, Inc.** | | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|---|

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

| **3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157.59** |

**Ready Refresh / Bluetriton**

**6661 Dixie Hwy, Ste 4, #215**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Louisville** | **KY** | **40258** |

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred    **2022**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1   0   8   1**

---

| **3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |

**Rebecca A. Hicks**

**Hicks Law Group, PLLC**

**325 N St Paul St, Ste 4400**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75201** |

**Basis for the claim:**
**Attorney Fees**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**Cause No. CV520-21DC**

---

| **3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |

**Richard A. Cuccia, II**

**108 E Chambers St**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Cleburne** | **TX** | **76031** |

**Basis for the claim:**
**Attorney Fees**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**Cause No. CC-C20220235**

---

| **3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,135.38** |

**Safety-Kleen Systems**

**42 Longwater Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Norwell** | **MA** | **02061** |

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred    **2022**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5   7   1   7**

---

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.81 | Nonpriority creditor's name and mailing address |
|---|---|

**Samsara**

**1 De Haro St**

**San Francisco**        **CA**    **94107**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Several Accounts**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$63,000.00**

| 3.82 | Nonpriority creditor's name and mailing address |
|---|---|

**SanGas Trucking, LLC**

**118 N Greatwood Glen Pl**

**Montgomery**        **TX**    **77316**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Driver**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.00**

| 3.83 | Nonpriority creditor's name and mailing address |
|---|---|

**Scott Porter, Tax Assessor**

**PO Box 75**

**Cleburne**        **TX**    **76033**

Date or dates debt was incurred     **2021**

Last 4 digits of account number     **9**  **4**  **9**  **3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$38,684.37**

| 3.84 | Nonpriority creditor's name and mailing address |
|---|---|

**Shawn C. Morgan**

**Chavez Legal Group**

**11900 N 26th St, Ste 200**

**Edinburg**        **TX**    **78539**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.00**

| Debtor | **Serviceline Transport, Inc.** | | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|---|

---

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.85 | Nonpriority creditor's name and mailing address |
|---|---|

**SOFI Bank**

**2750 E Cottonwood Pkwy, Ste 300**

**Salt Lake City          UT     84121**

Date or dates debt was incurred

Last 4 digits of account number        **7   9   2   2**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$24,078.00**

---

| 3.86 | Nonpriority creditor's name and mailing address |
|---|---|

**Southern Tire Mart**

**Dept 143, PO Box 1000**

**Memphis          TN     38148**

Date or dates debt was incurred     **2020**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$25,300.09**

---

| 3.87 | Nonpriority creditor's name and mailing address |
|---|---|

**Spartan Business Solutions, LLC**

**c/o Jason A. Gang**

**1245 Hewlett Plaza, #478**

**Hewlett          NY     11557**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**$86,745.00**

---

| 3.88 | Nonpriority creditor's name and mailing address |
|---|---|

**Stephen Davis**

**204 Cloud Leap Trail**

**Huntsville          AL     35806**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000.00**

**Cause No. DC-22-04789**

---

| Debtor | **Serviceline Transport, Inc.** | | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,624.50** |
|---|---|---|---|

**Stuart-Lippman & Associates, Inc**

**5447 E 5th St, Ste 110**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Tucson** | **AZ** | **85711** |

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred    **2022**

Is the claim subject to offset?

Last 4 digits of account number    **3  4  4  1**

☑ No
☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**SubroSmart**

**12750 Merit Dr, Ste 520**

☑ Contingent
☐ Unliquidated
☑ Disputed

| **Dallas** | **TX** | **75251** |

**Basis for the claim:**
**Possible PI Claim**

Date or dates debt was incurred    **2021**

Is the claim subject to offset?

Last 4 digits of account number    **1  1  0  7**

☑ No
☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Susser Bank**

**3030 Matlock Rd, Ste 110**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Arlington** | **TX** | **76015** |

**Basis for the claim:**
**Any amounts owed**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**T. Cass Keramidas**

**801 E Campbell Rd, Ste 625**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Richardson** | **TX** | **75081** |

**Basis for the claim:**
**Attorney Fees**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**Cause No. JS21-00228D**

---

Debtor    **Serviceline Transport, Inc.**                                Case number (if known)    **23-30348-MVL7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.93** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,000.00**

**Taya Bardwell**

☑ Contingent

**c/o Michah L. Satterwhite**

☐ Unliquidated

**PO Drawer 2909**

☐ Disputed

Basis for the claim:

**Longview**                    TX    **75606**

**Lawsuit**

Date or dates debt was incurred    **2022**

Is the claim subject to offset?

☑ No

Last 4 digits of account number    ___ ___ ___ ___

☐ Yes

**Cause No. DC-22-04789**


**3.94** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$55,358.97**

**Tex's Outdoor Services, LLC**

☐ Contingent

**PO Box 706**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**Sanger**                    TX    **76266**

**Business Account**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?

☑ No

Last 4 digits of account number    ___ ___ ___ ___

☐ Yes


**3.95** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$30,610.00**

**Texas Department of Public Safety**

☐ Contingent

**PO Box 4087**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**Austin**                    TX    **78733-0522**

**Business Account**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?

☑ No

Last 4 digits of account number    **7    4    8    2**

☐ Yes


**3.96** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,792.08**

**Texas Workforce Commission**

☐ Contingent

**PO Box 149037**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**Austin**                    TX    **78714**

**Business Account**

Date or dates debt was incurred    **2022**

Is the claim subject to offset?

☑ No

Last 4 digits of account number    **1    0    4    7**

☐ Yes

Debtor    **Serviceline Transport, Inc.**                                          Case number (if known)    **23-30348-MVL7**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                   Amount of claim

| | | |
|---|---|---|
| **3.97** | Nonpriority creditor's name and mailing address | **$4,828.09** |

**Thompson Coe**

**700 N Pearl St, 25th Floor**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| **Dallas** | **TX**  **75201** | |

Basis for the claim:
**Business Account**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **9  2  2  3**

---

| | | |
|---|---|---|
| **3.98** | Nonpriority creditor's name and mailing address | **$333,128.58** |

**TXTAG**

**12719 Burnet Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| **Austin** | **TX**  **78727** | |

Basis for the claim:
**Business Account**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| | | |
|---|---|---|
| **3.99** | Nonpriority creditor's name and mailing address | **$100.00** |

**TXU Energy**

**PO Box 650638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| **Dallas** | **TX**  **75265-0638** | |

Basis for the claim:
**Business Account**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| | | |
|---|---|---|
| **3.100** | Nonpriority creditor's name and mailing address | **$1,347.03** |

**United Concordia Dental**

**1800 Center St, Ste 2B 220**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| **Camp Hill** | **PA**  **17011** | |

Basis for the claim:
**Business Insurance Account**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **9  1  2  5**

---

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |
|---|---|---|---|

## Part 2:      Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.101** | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**United Healthcare Services, Inc.**

**PO Box 19032**

**$5,768.28**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Green Bay** | **WI** | **54307** |
|---|---|---|

Basis for the claim:
**Insurance Bill**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **4   6   8   3**

☑ No
☐ Yes

---

| **3.102** | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**Ware's Giant Tire Service**

**PO Box 1873**

**$12,699.32**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Alvarado** | **TX** | **76009** |
|---|---|---|

Basis for the claim:
**Business Account**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**Cause No. CC-C20220235**

---

| **3.103** | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**Workforce QA, LLC**

**1430 S Main St**

**$5,158.17**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Salt Lake City** | **UT** | **84115** |
|---|---|---|

Basis for the claim:
**Business Account**

Date or dates debt was incurred    **2022**

Is the claim subject to offset?

Last 4 digits of account number    **L   T   0   7**

☑ No
☐ Yes

---

| **3.104** | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**XRS Corporation (Omnitracs)**

**PO Bbox 847170**

**$21,306.27**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75284** |
|---|---|---|

Basis for the claim:
**Business Account**

Date or dates debt was incurred    **2018**

Is the claim subject to offset?

Last 4 digits of account number    **1   6   3   5**

☑ No
☐ Yes

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |

## Part 3:   List Others to Be Notified About Unsecured Claims

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   **Alison Davis Callison**<br>**Perdue Brandon, et al**<br>**500 E Border St, Ste 640**<br><br>**Arlington          TX     76010** | Line   **2.2**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.2   **Aubrey R. Williams**<br>**Attorney at Law**<br>**PO Box 20156**<br><br>**Waco          TX     76702** | Line   **3.61**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.3   **Aubrey R. Williams**<br>**Attorney at Law**<br>**PO Box 20156**<br><br>**Waco          TX     76702** | Line   **3.60**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.4   **Ellison & Totz**<br>**2211 Norfolk, Ste 510**<br><br>**Houston          TX     77098** | Line   **3.86**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.5   **J. Kyle Treadway**<br>**Treadway Law Firm**<br>**14781 Memorial Dr, Box 12**<br><br>**Houston          TX     77079** | Line   **3.82**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.6   **J. Kyle Treadway**<br>**Treadway Law Firm**<br>**14781 Memorial Dr, Box 12**<br><br>**Houston          TX     77079** | Line   **3.67**<br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **Serviceline Transport, Inc.**                              Case number (if known)    **23-30348-MVL7**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.7 | **J. Kyle Treadway** <br> **Treadway Law Firm** <br> **14781 Memorial Dr, Box 12** <br><br> **Houston        TX        77079** | Line    **3.65** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.8 | **J. Kyle Treadway** <br> **Treadway Law Firm** <br> **14781 Memorial Dr, Box 12** <br><br> **Houston        TX        77079** | Line    **3.51** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.9 | **J. Kyle Treadway** <br> **Treadway Law Firm** <br> **14781 Memorial Dr, Box 12** <br><br> **Houston        TX        77079** | Line    **3.50** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.10 | **J. Kyle Treadway** <br> **Treadway Law Firm** <br> **14781 Memorial Dr, Box 12** <br><br> **Houston        TX        77079** | Line    **3.27** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.11 | **J. Kyle Treadway** <br> **Treadway Law Firm** <br> **14781 Memorial Dr, Box 12** <br><br> **Houston        TX        77079** | Line    **3.15** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.12 | **J. Kyle Treadway** <br> **Treadway Law Firm** <br> **14781 Memorial Dr, Box 12** <br><br> **Houston        TX        77079** | Line    **3.5** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.13 | **J. Kyle Treadway** <br> **Treadway Law Firm** <br> **14781 Memorial Dr, Box 12** <br><br> **Houston        TX        77079** | Line    **3.2** <br> ☐ Not listed.  Explain: | __ __ __ __ |

Case 23-30348-mvl7    Doc 10    Filed 04/13/23    Entered 04/13/23 17:17:18    Desc Main
Document    Page 30 of 34

Debtor    **Serviceline Transport, Inc.**    Case number (if known)    **23-30348-MVL7**

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.14 | Jordan A. Glaze<br>Glaze Garrett<br>PO Box 1599<br><br>Gilmer    TX    75644 | Line    **3.82**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.15 | Jordan A. Glaze<br>Glaze Garrett<br>PO Box 1599<br><br>Gilmer    TX    75644 | Line    **3.67**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.16 | Jordan A. Glaze<br>Glaze Garrett<br>PO Box 1599<br><br>Gilmer    TX    75644 | Line    **3.65**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.17 | Jordan A. Glaze<br>Glaze Garrett<br>PO Box 1599<br><br>Gilmer    TX    75644 | Line    **3.51**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.18 | Jordan A. Glaze<br>Glaze Garrett<br>PO Box 1599<br><br>Gilmer    TX    75644 | Line    **3.50**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.19 | Jordan A. Glaze<br>Glaze Garrett<br>PO Box 1599<br><br>Gilmer    TX    75644 | Line    **3.27**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.20 | Jordan A. Glaze<br>Glaze Garrett<br>PO Box 1599<br><br>Gilmer    TX    75644 | Line    **3.15**<br><br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **Serviceline Transport, Inc.**                                         Case number (if known)    **23-30348-MVL7**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.21 | **Jordan A. Glaze**<br>**Glaze Garrett**<br>**PO Box 1599**<br>**Gilmer        TX    75644** | Line    **3.5**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.22 | **Jordan A. Glaze**<br>**Glaze Garrett**<br>**PO Box 1599**<br>**Gilmer        TX    75644** | Line    **3.2**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.23 | **M. Turner Field**<br>**Kershaw Anderson, PLLC**<br>**12400 Coit Rd, Ste 570**<br>**Dallas        TX    75251** | Line    **3.72**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.24 | **Martin Marietta**<br>**PO Box 30013**<br>**Raleigh        NC    27622** | Line    **3.63**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.25 | **PAM (Tolls)**<br>**PO Box 863867**<br>**Plano        TX    75086** | Line    _____<br>☑ Not listed.  Explain:<br>**Collecting for - NTTA, TX Tag, etc** | __ __ __ __ |
| 4.26 | **Rebecca A. Hicks**<br>**Hicks Law Group, PLLC**<br>**325 N St Paul St, Ste 4400**<br>**Dallas        TX    75201** | Line    **3.56**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.27 | **Richard A. Cuccia, II**<br>**108 E Chambers St**<br>**Cleburne        TX    76031** | Line    **3.102**<br>☐ Not listed.  Explain: | __ __ __ __ |

| Debtor | **Serviceline Transport, Inc.** | Case number (if known) | **23-30348-MVL7** |
| --- | --- | --- | --- |

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
| --- | --- |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.28 | **Shawn C. Morgan** <br> **Chavez Legal Group** <br> **11900 N 26th St, Ste 200** <br><br> **Edinburg        TX      78539** | Line    **3.46** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.29 | **Stuart-Lippman & Associates, Inc.** <br> **5447 E 5th St, #110** <br><br> **Tucson        AZ      85711-2345** | Line    **3.31** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.30 | **Thompson Coe** <br> **700 N Pearl St, 25th Floor** <br><br> **Dallas        TX      75201** | Line    **3.59** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |

Debtor   **Serviceline Transport, Inc.**                              Case number (if known)   **23-30348-MVL7**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    Add the amounts of priority and nonpriority unsecured claims.

                                                                                          **Total of claim amounts**

5a.    **Total claims from Part 1**                                      5a.              **$164,391.55**

5b.    **Total claims from Part 2**                                      5b. **+**        **$2,127,606.09**

5c.    **Total of Parts 1 and 2**                                        5c.              **$2,291,997.64**
       Lines 5a + 5b = 5c.

**Fill in this information to identify the case and this filing:**

Debtor Name    **Serviceline Transport, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number    **23-30348-MVL7**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☑ Amended Schedule  **E/F**

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/13/2023**          X **/s/ Rick Gibson**
         MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                     **Rick Gibson**
                                     Printed name

                                     **Owner/Officer**
                                     Position or relationship to debtor